# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0129
_____

MICHAEL HELMHOLTZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Fred L. Koberlein, Judge.

May 7, 2025

PER CURIAM.

The Court dismisses the appeal as untimely filed. *See* Fla. R. App. P. 9.110(b).

OSTERHAUS, C.J., and M.K. THOMAS and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Michael Helmholtz, pro se, Appellant.

James Uthmeier, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.